**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| REGINALD MIMMS, | : | |
| | : | Civil Action No. 09-1284 (JBS) |
| Plaintiff | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| U.N.I.C.O.R., et al., | : | |
| | : | |
| Defendants. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this __8th__ day of __March__, 2010,

ORDERED that the Clerk shall reopen this matter by making a new and separate entry on the docket reading "CIVIL CASE REOPENED"; and it is further

ORDERED that Plaintiff's re-re-amended complaint, Docket Entry No. 15, is dismissed with prejudice, in its entirety; and it is further

ORDERED that Plaintiff's motion for appointment of pro bono counsel, Docket Entry No. 16, is denied as moot; and it is further

ORDERED that the Clerk shall close the file on this matter by making a new and separate entry on the docket reading "CIVIL CASE CLOSED"; and it is finally

ORDERED that the Clerk shall serve copies of this Order and accompanying Memorandum Opinion upon Plaintiff by regular U.S. Mail.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge